UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-40602 |
| Debra K. Walker | Chapter 13 |
| Debtor. | Judge Thomas H. Fulton |

**AGREED ORDER RESOLVING OBJECTION TO CLAIM**

The Debtor, Debra K. Walker ("Debtor") filed an Objection to Claim "(Objection") on October 22, 2018 (Doc. No. 22) in regard to the Proof of Claim No. 4 filed by GFC Lending, LLC ("Creditor"). A Response to the Objection ("Response") was filed by the Creditor on November 20, 2018 (Doc. No. 26). The Parties hereby agree that Creditor shall have no later than 45 days from the entry of this Agreed Order in which to file an amended unsecured deficiency balance claim on the vehicle.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon and Submitted by:

/s/ Jon J. Lieberman
Jon J. Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Mark R. Little
Mark R. Little
44 Union Street
Madisonville, KY 42431
mark@littlelawky.com
Phone: 270.821.0110
Debtor's Counsel

/s/ William W. Lawrence
William W. Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Phone: 502.581.9042
Chapter 13 Trustee

Copies to:

Mark R. Little
44 Union Street
Madisonville, KY 42431
mark@littlelawky.com
Debtor's Counsel

William W. Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Jon Lieberman
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
bankruptcy@sottileandbarile.com

Debra K. Walker, Debtor
85 Russ Hill Road
Nortonville, KY 42442